# United States District Court
# Middle District of Florida Orlando Division

**DOMINIQUE DAVIS, an individual doing business as Nikos,**
Plaintiff,

v.

**YELP INC.,**
Defendant.

Case No.: 6:25-CV-2169-CEM-NWH

## NOTICE OF RELATED ACTION

I, Dominique Davis, state the following:

I am not aware of any other cases in the Middle District of Florida that involve the same parties or the same issues as this case. If I learn of any related case, I will notify the Court.

Respectfully submitted,

_____
Dominique Davis, Pro Se Plaintiff

Orlando, Florida
( 407 ) 856-8110
dominique.adavis@outlook.com