IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

**DOMINIQUE DAVIS,**
Plaintiff,

v.                                                    6:25 – cv - 02169- CEM-NWH

**YELP INC,**
Defendant.

## PLAINTIFF'S MOTION FOR ISSUANCE OF SUMMONS AND SERVICE BY U.S. MARSHAL

Plaintiff, **Dominique Davis**, proceeding pro se and in forma pauperis, respectfully moves this Court for issuance of summons and service of process pursuant to **Federal Rule of Civil Procedure 4(c)(3).**

On November 18, 2025, the Court entered an Order granting Plaintiff's Motion to Proceed In Forma Pauperis. As Plaintiff is proceeding without prepayment of fees, Plaintiff respectfully requests that the Clerk issue summons and that service of process be effected by the **United States Marshal.**

Plaintiff will submit completed **USM-285 forms** and copies of the Complaint for service upon each Defendant as directed by the Court.

WHEREFORE, Plaintiff respectfully requests that the Court direct the Clerk to issue summons and authorize service by the United States Marshal.

Respectfully submitted,

```
Dominique Davis, Pro Se
8630 Buccilli Drive #308
Orlando, FL 32829
(407) 856-8110
dominique.adavis@outlook.com
```