UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DOMINIQUE DAVIS,**

        **Plaintiff,**

v.                                                      **Case No. 6:25-cv-2169-CEM-NWH**

**YELP INC.,**

        **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 3). The United States Magistrate Judge issued a Report and Recommendation (Doc. 17), recommending that the Motion be denied and the Complaint (Doc. 1) be dismissed without prejudice. Plaintiff filed Objections (Doc. 18). This cause is also before the Court on Plaintiff's Motion for Preliminary Injunction (Doc. 2).

### I.   REPORT AND RECOMMENDATION

Pursuant to 28 U.S.C. § 636(b)(1), when a party makes a timely objection, the Court shall review *de novo* any portions of a magistrate judge's R&R concerning specific proposed findings or recommendations to which an objection is made. *See also* Fed. R. Civ. P. 72(b)(3). *De novo* review "require[s] independent consideration

of factual issues based on the record." *Jeffrey S. v. State Bd. of Educ. of Ga.*, 896 F.2d 507, 513 (11th Cir. 1990) (per curiam). The district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

First, Plaintiff takes issue with the Magistrate Judge's characterization of Plaintiff's representations regarding his income. However, this was not the basis for the Magistrate Judge's recommendation, and Plaintiff is being given another opportunity to seek to proceed *in forma pauperis*. Therefore, the Court need not address this Objection.

Second, Plaintiff "acknowledges the Court's concerns regarding sufficiency of the original complaint" and only objects "to the extent the Court finds amendment futile." (Doc. 18 at 2). However, the Magistrate Judge recommended allowing Plaintiff to amend. (Doc. 17 at 9). Therefore, this Objection is moot.

Accordingly, after review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, the Magistrate Judge's recommended disposition will be accepted.

## II.   MOTION FOR PRELIMINARY INJUNCTION

To obtain a preliminary injunction, the movant must sufficiently establish that (1) "it has a substantial likelihood of success on the merits;" (2) "irreparable injury will be suffered unless the injunction issues;" (3) "the threatened injury to the

movant outweighs whatever damage the proposed injunction may cause the opposing party;" and (4) "the injunction would not be adverse to the public interest." *Forsyth Cnty. v. U.S. Army Corps of Eng'rs*, 633 F.3d 1032, 1039 (11th Cir. 2011) (quoting *Siegel v. LePore*, 234 F.3d 1163, 1176 (11th Cir. 2000) (en banc)). "A preliminary injunction, moreover, 'is an extraordinary and drastic remedy not to be granted unless the movant clearly establishes the burden of persuasion as to the four requisites.'" *Llovera v. Fla.*, 576 F. App'x 894, 896 (11th Cir. 2014) (per curiam) (quoting *Forsyth Cnty.*, 633 F.3d at 1039). "To carry its burden, a plaintiff seeking a preliminary injunction must offer proof beyond unverified allegations in the pleadings. Moreover, vague or conclusory affidavits are insufficient to satisfy the plaintiff's burden." *Palmer v. Braun*, 155 F. Supp. 2d 1327, 1331 (M.D. Fla. 2001), *aff'd*, 287 F.3d 1325, 1327 (11th Cir. 2002).

Failure to satisfy even one element for a preliminary injunction is fatal to issuance of the injunction. *Llovera*, 576 F. App'x at 896; *Henry v. Nat'l Hous. P'ship*, No. 1:06-cv-008-SPM, 2006 WL 8443138, at *1 (N.D. Fla. Sept. 19, 2006) ("Where a plaintiff has not carried his burden as to any one of the elements required for a preliminary injunction, it is unnecessary to address the remaining elements." (citing *Jefferson Cnty.*, 720 F.2d at 1519)).

For the same reason set forth in the Report and Recommendations, which Plaintiff acknowledges, he has failed to show a likelihood of success on the merits. Therefore, he has not met his burden to obtain a preliminary injunction.

### III.   CONCLUSION

In accordance with the foregoing, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 17) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 3) is **DENIED**.

3. Plaintiff's Motion for Preliminary Injunction (Doc. 2) is **DENIED**.

4. Plaintiff's Amended Complaint (Doc. 19) is accepted as the operative pleading, but the Court makes no ruling at this time as to its sufficiency.

**DONE** and **ORDERED** in Orlando, Florida on April 27, 2026.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party